UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LANCE SAKOWSKI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC; LEXISNEXIS RISK SOLUTIONS, INC.; NEWREZ LLC, D/B/A SHELLPOINT MORTGAGE SERVICING; AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case no. 3:25-cv-15756 |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING**

The undersigned counsel of record for Defendant Newrez LLC d/b/a Shellpoint Mortgage Servicing furnishes the following information in compliance with Fed. R. Civ. P. 7.1:

Newrez LLC d/b/a Shellpoint Mortgage Servicing is a wholly-owned subsidiary of NewRezHoldings LLC f/k/a Shellpoint Partners LLC, a Delaware limited liability company. NewRezHoldings LLC f/k/a Shellpoint Partners LLC is a wholly-owned subsidiary of NRM Acquisition LLC and NRM Acquisition II LLC, Delaware limited liability companies. Both NRM Acquisition entities are wholly-owned subsidiaries of New Residential Mortgage LLC, a Delaware limited liability

company. New Residential Mortgage LLC is a wholly-owned subsidiary of RithmCapital Corp. a Delaware corporation. Rithm Capital Corp., f/k/a New Residential Investment Corp., is publicly traded on the New York Stock Exchange under the ticker symbol RITM, and was previously traded under the ticker symbol NRZ.

Respectfully submitted,

**HUSCH BLACKWELL LLP**

<u>/s/ Ryan DiClemente</u>
Ryan DiClemente
1801 Pennsylvania Avenue, NW
Suite 1000
Washington, D.C. 20006-3606
Tel: 202-378-5794
Fax: 202-378-2319
Ryan.DiClemente@huschblackwell.com
*Attorney for Defendant Newrez LLC D/B/A Shellpoint Mortgage Servicing*

Dated: September 17, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing document on the following via E-mail and regular mail to:

John Soumilas, Esq.
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
jsoumilas@consumerlawfirm.com
*Attorney for Plaintiff*

                                            **HUSCH BLACKWELL LLP**

                                            */s/ Ryan DiClemente*
                                            Ryan DiClemente

Dated: September 17, 2025