## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| LANCE SAKOWSKI, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, LEXISNEXIS RISK SOLUTIONS, INC., NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                Defendants. | Civil Action No. 3:25-cv-15756-ZNQ-JTQ |

## **CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel for Defendant Equifax Information Services LLC certifies that this party is a non-governmental corporate party and that:

☒    This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed below:

<u>Equifax Information Services LLC is a wholly owned subsidiary of Equifax Inc., which is a publicly traded company.</u>

**OR**

☐    This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

DATED: September 22, 2025            */s/ Stacy A. Orvetz*
                                                            Stacy A. Orvetz
                                                            **Clark Hill PLC**
                                                            Two Commerce Square
                                                           2001 Market Street, Suite 2620
                                                           Philadelphia, PA 19103
                                                           (215) 864-8072
                                                           sorvetz@clarkhill.com
                                                           *Counsel for Defendant Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

DATED: September 22, 2025                  */s/ Stacy A. Orvetz*
                                                                    Stacy A. Orvetz