## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| LANCE SAKOWSKI, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, LEXISNEXIS RISK SOLUTIONS, INC., NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      Defendants. | Civil Action No.  3:25-cv-15756-ZNQ-JTQ |

### APPLICATION FOR EXTENSION OF TIME PURSUANT TO L. CIV. R. 6.1(b)

Application is hereby made for a Clerk's Order extending the time within which defendant Equifax Information Services, LLC ("Equifax") may answer, move, or otherwise reply to the Complaint filed by Plaintiff herein and it is represented that:

1.  Equifax acknowledged service of the Summons and Complaint in the Superior Court of New Jersey, Law Division, Ocean County, OCN-L-2253-25, on August 27, 2025.

2.  On September 17, 2025, a Notice of Removal was filed.

3.  Equifax's time to answer, move or otherwise reply expires on September 24, 2025.

4.  No previous extension has been obtained.

Dated: September 22, 2025

**CLARK HILL PLC**

*/s/ Stacy A. Orvetz*
Stacy A. Orvetz
Two Commerce Square
2001 Market St., Suite 2620
Philadelphia, PA 19103
Tel: (215) 864-8072
Fax: (215) 640-8501
sorvetz@clarkhill.com
*Counsel for Defendant Equifax Information Services LLC*

## <u>ORDER</u>

The above application filed by Equifax Information Services, LLC is **GRANTED** and Equifax's time to respond to Plaintiff's Complaint is extended to **October 8, 2025.**

Dated: _____                          _____
                                                CLERK OF COURT

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

DATED: September 22, 2025                         */s/ Stacy A. Orvetz*
                                                  Stacy A. Orvetz