# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Reade W. Seligmann				Direct Dial: 212-210-9400			Email: reade.seligmann@alston.com

November 21, 2025

**VIA ECF**

The Honorable Judge Zahid N. Quraishi
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    *Lance Sakowski v. Equifax Information Services LLC, et al.*,
               No. 3:25-cv-15756-ZNQ-JTQ

Judge Quraishi:

      In accordance with Your Honor's Judicial Preferences, the undersigned counsel submits this letter on behalf of Defendant LexisNexis Risk Solutions Inc. ("LNRS") to request a pre-motion conference in advance of filing a motion under 28 U.S.C. § 1404 to transfer this action to the United States District Court for the Northern District of Illinois ("N.D. Ill."), where a nearly identical case is already pending. Counsel for all defendants have indicated to counsel for LNRS that they will not object to the relief sought.[1] Counsel for Plaintiff has indicated that Plaintiff does not agree that transfer is appropriate at this time.

      This case is virtually identical to a prior-filed case in N.D. Ill. On August 12, 2025, Plaintiff Lance Sakowski filed the first of two nearly identical putative class action complaints, in the Circuit Court of Cook County, Illinois. (*See* Complaint, *Sakowski v. Trans Union, LLC, et al.*, Case No. 1:25-cv-11283, ECF No. 1-1 (N.D. Ill. Sep. 17, 2025).) Three days later, Plaintiff Sakowski filed the second putative class action complaint in the instant case in the Superior Court of New Jersey, Law Division, Ocean County. (*See* ECF No. 1-1.) Both complaints were timely and properly removed on September 17, 2025. Plaintiff then filed amended complaints in both cases on November 7, 2025. (*See* ECF No. 26; Amended Class Action Complaint, *Sakowski v. Trans Union, LLC, et al.*, Case No.

---

[1] While counsel has not yet appeared for defendant Experian Information Solutions, Inc. ("Experian"), in-house counsel for Experian has consented in writing to the requested relief.

Alston & Bird LLP												www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

November 21, 2025
Page 2

1:25-cv-11283, ECF No. 26 (N.D. Ill. Nov. 7, 2025).) A redline showing the differences between the two amended complaints is attached hereto as Exhibit 1.

Under 28 U.S.C. § 1404, "a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). When deciding whether to transfer a putative class action to another district with an already-pending case, courts look to the "first-filed rule," to whether the cases involve the same claims and issues, and whether the cases involve the same parties. *Gurevich v. PNC Bank*, No. 24-11376, 2025 U.S. Dist. LEXIS 160497, at *3-4 (D.N.J. Aug. 19, 2025) (granting motion to transfer to first-filed district).

Additionally, the two pending cases are nearly identical, both in parties and in issues. In both amended complaints, Plaintiff alleges the same operative facts against Defendant Newrez LLC and against LNRS. Plaintiff also alleges the same putative class against Defendant Newrez LLC and structurally the same putative class definitions against LNRS by the credit bureau. In both complaints, Plaintiff alleges the same set of operative facts and brings the same causes of action against Defendants Trans Union, LLC (in Illinois) and Equifax Information Services LLC (in New Jersey).[2] The discovery in both cases will largely overlap. *See Eagle Pharms., Inc. v. Eli Lilly & Co.*, No. 17-6415 (JMV)(MF), 2018 U.S. Dist. LEXIS 121527, at *17 (D.N.J. July 20, 2018) (granting motion to transfer to avoid "duplicative discovery"). Accordingly, the issues and parties are sufficiently similar to warrant transfer. *Gurevich*, 2025 U.S. Dist. LEXIS 160497, at *4 (comparing "two putative class actions against the same defendant" and ordering transfer to district with first-filed action).

Finally, counsel for all defendants have told counsel for LNRS that they will not oppose transfer.

Accordingly, LNRS seeks a pre-motion conference in advance of filing a motion to transfer this action to N.D. Ill. pursuant to 28 U.S.C. § 1404.

Respectfully submitted,

/s/ *Reade W. Seligmann*

Reade W. Seligmann

CC: All counsel of record via ECF

---

[2] The only substantial difference is that in the New Jersey action, Plaintiff brings separate allegations—and a separate cause of action—against Defendant Experian Information Solutions, Inc. Yet even those allegations stem from the same central operative facts.